AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 4:23-mj-71677-MAG   Document 9   Filed 11/14/23   Page 1 of 1

**FILED**

NOV 14 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>JOSE ANTONIO PARDO,<br><br>Defendants. | Case No. 23-mj-71677-MAG-1 (KAW)<br><br>Charging District: Central District of California<br><br>Charging District's Case No.: 2:23-cr-00524-SVW |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California 90012 | Courtroom No.: 10A |
|---|---|
| | Date and Time: TBD |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: November 14, 2023

_Kandis Westmore_
Kandis A. Westmore
United States District Judge

Transfer_No-Custody_CR_AO 467_CSA
rev. 3-19